

IN THE DISTRICT COURT OF LANCASTER COUNTY PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>THOMAS J. ALLIA JR. WENDY J. ALLIA; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-02920<br><br>Sheriff's Sale Date: _____ |

**AFFIDAVIT OF SERVICE**

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served THOMAS J. ALLIA JR. the above process on the 3 day of October, 2016, at 1:20 o'clock, PM, at 205 SOUTH OAK STREET EPHRATA, PA 17522, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of **Pa** ) 
) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally, appeared **Jeffrey Clohessy** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-157945
Case ID #:4707120

Subscribed and sworn to before me this **4** day of **Oct**, 20 **16**

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017



## IN THE DISTRICT COURT OF LANCASTER COUNTY PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>THOMAS J. ALLIA JR. WENDY J. ALLIA; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-02920<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served WENDY J. ALLIA the above process on the 3 day of October, 2016, at 1:20 o'clock, PM, at 205 SOUTH OAK STREET EPHRATA, PA 17522, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of __Pa__  )
                              ) SS:
County of __Berks__           )

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-157945
Case ID #:4707120

Subscribed and sworn to before me
this __4__ day of __Oct__, 20__16__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# USPS Manifest Mailing System

Page 2

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | |
|---|---|---|---|---|
| | Sequence Number<br>5180-1 | | Class of Mail<br>Mixed | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703701293329<br>9171999991703701293329 | PITTMAN, SHEILA, Solely in Her Capacity as Heir of Reginald Pittman, Deceased<br>75 Ridley Avenue<br>Sharon Hill, PA 19079 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701293336<br>9171999991703701293336 | PITTMAN, AYANNA, Solely in Her Capacity as Heir of Reginald Pittman, Deceased<br>75 Ridley Avenue<br>Sharon Hill, PA 19079 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701293343<br>9171999991703701293343 | BURRELL, LESONYA L.<br>7053 Forrest Avenue<br>Philadelphia, PA 19138 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701293350<br>9171999991703701293350 | BURRELL III, ROBERT ALLEN<br>7053 Forrest Avenue<br>Philadelphia, PA 19138 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701293367<br>9171999991703701293367 | BURRELL III, ROBERT ALLEN<br>442 East Montana Street<br>Philadelphia, PA 19119 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701293374<br>9171999991703701293374 | BURRELL III, ROBERT ALLEN<br>8000 Esington Avenue, Terminal B<br>Philadelphia, PA 19153 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701293381<br>9171999991703701293381 | ALLIA, WENDY J.<br>736 South State Street<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701293398<br>9171999991703701293398 | ALLIA, WENDY J.<br>205 South Oak Street<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701293404<br>9171999991703701293404 | ALLIA, THOMAS JR.<br>1105 Watson Street<br>Lancaster, PA 17603 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 9<br>18 | | 6.35<br>12.69 | 43.65<br>87.30 | | | 50.00<br>99.99 |

| USPS Manifest Mailing System | | | | | | | Page 3 | |
|---|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5180-1 | | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge | |
| 9171999991703701293411<br>9171999991703701293411 | ALLIA, THOMAS JR.<br>736 S State Street<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 | |
| 9171999991703701293428<br>9171999991703701293428 | ALLIA, THOMAS J., JR.<br>205 South Oak Street<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 | |
| Page Totals<br>Cumulative Totals | 2<br>20 | | 1.41<br>14.10 | 9.70<br>97.00 | | | 11.11<br>111.10 | |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C      Certified
ERR    Return Receipt

[Round stamp: USPS CONTINENTAL STATION, SEP 28 2016, PHILA, PA 19106]

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106  $ 002.44⁰
02 1W
0001391829 SEP 28 2016

SEP 28 2016

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | 0 | WENDY ALLIA ALLIA, WENDY J. 736 South State Street Ephrata, PA 17522 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | 0 | WENDY ALLIA ALLIA, WENDY J. 205 South Oak Street Ephrata, PA 17522 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | 0 | THOMAS ALLIA ALLIA, THOMAS JR. 1105 Watson Street Lancaster, PA 17603 | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender
Total Number of Pieces Received at Post Office

PS Form 3877, February 2002 (Page 1 of 2)

USA-157945   Lancaster County   Sale Date:

THOMAS J. ALLIA JR. & WENDY J. ALLIA

0   THOMAS ALLIA ALLIA, THOMAS J., JR. 205 South Oak Street Ephrata, PA 17522

0   THOMAS ALLIA ALLIA, THOMAS JR. 736 S State Street Ephrata, PA 17522

Pickup n/s