IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-2920 |
| | : | |
| v. | : | |
| | : | |
| THOMAS J. ALLIA JR. and WENDY ALLIA, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 28th day of October, 2016, the plaintiff having moved for the entry of a default judgment against the defendants (Doc. No. 8), it is hereby **ORDERED** that the court will hold a hearing on the motion on **Thursday**, **November 17, 2016**, at **3:00 p.m.**  Counsel for the plaintiff may participate in the hearing by telephone by contacting the undersigned through his civil deputy at (610) 333-1833 at the time of the hearing.[1]

> **THE DEFENDANTS, THOMAS J. ALLIA, JR. AND WENDY ALLIA, ARE HEREBY NOTIFIED THAT THE PURPOSE OF THIS HEARING IS TO DETERMINE WHETHER A DEFAULT JUDGMENT SHALL BE ENTERED AGAINST THEM AND THE AMOUNT OF THAT JUDGMENT.  THE DEFENDANTS HAVE THE RIGHT TO APPEAR BEFORE THE UNDERSIGNED AT THE HEARING TO OPPOSE THE RELIEF REQUESTED BY THE PLAINTIFF.  THE HEARING WILL OCCUR AT THE HOLMES BUILDING, 101 LARRY HOLMES DRIVE, 4TH FLOOR, EASTON, PENNSYLVANIA 18042.  IF THE DEFENDANTS FAIL TO APPEAR, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST THEM BASED ON INFORMATION PROVIDED BY THE PLAINTIFF.**

**IT IS FURTHER ORDERED** that the plaintiff shall serve this order upon the defendants by posting a copy of the order on the property to be foreclosed and sending a copy of the order via regular mail to the defendants at their last known address.  The plaintiff should submit a verification of service prior to the hearing.

---

[1] If the plaintiff's counsel desires to personally appear before the undersigned for the hearing, he may do so.

**IT IS FURTHER ORDERED** that the plaintiff shall file of record prior to the hearing a breakdown of the items of damages set forth in the pleadings and requested as part of the default judgment.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.