**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br>    v.<br><br>THOMAS J. ALLIA, JR.<br>WENDY J. ALLIA<br><br>        Defendants | Civil Action No: 16-02920 |

**ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL**

AND NOW, this 8TH day of June 2017, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendants cannot, upon diligent inquiry, be found so as to be personally served with the Notice of US Marshal Sale of real property located within the Eastern District of Pennsylvania, situated at 205 South Oak Street, Ephrata, PA 17522.

It is hereby ORDERED, ADJUDGED AND DECREED:

That the Notice of US Marshal Sale be served on the Defendants by Plaintiff or its agent by posting a copy of the Notice of US Marshal Sale on the property to be foreclosed, as required by Pa.R.C.P. 3129.2(c), made applicable by Fed.R.Civ.P.4(e)(1) and Pa.R.C.P 402(a) and 430(a), and by regular and certified mail to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.



                                                                              J.