

U.S. Department of Justice

United States Marshals Service

*Eastern District of PA*

Philadelphia, PA 19106

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 16-02920

FILED

AUG -8 2017

KATE BARKMAN, Clerk
By_____ Dep. Clerk

I, ROBBIE MILLER, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 205 SOUTH OAK STREET, EPHRATA, PA 17522.

The public sale was held on JULY 11, 2017

and the highest bidder was J. GORDON GAINER, LLC.

who bid the amount of $ 124,000.00.

By: Ruth-Miller 1318m
Deputy U.S. Marshal

U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

BIDDER'S REGISTRATION FORM  † ✓

NAME: John Gainer

ADDRESS: 2938 Columbia Ave Suite 1400

Lancaster PA 17603

PHONE (DAY): 717 333-3614

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

J Gordon Gainer LLC

The above is precisely how the name(s) are to appear in the deed

$124,000  ERRATA



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, Pa 19106

## BIDDER'S REGISTRATION FORM

NAME: Mervin S. Garman

ADDRESS: 118 Jeanel Circle
Lititz, Pa 17543

PHONE (DAY): (717) 314-6187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Mervin S. Garman

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Doug Musser

ADDRESS: 1374 Ridge Rd

Elizabethtown, PA 17022

PHONE (DAY): Cell # 717-468-8333

Home # 717-367-7164

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Douglas H. Musser & Gregory S. Musser

The above is precisely how the name(s) are to appear in the deed

U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

ETOWN

## BIDDER'S REGISTRATION FORM

NAME: LIBERTY COMMERCIAL CAPITAL, LLC

ADDRESS: 23 OLDE MILL COURT

LITITZ, PA 17543

PHONE (DAY): 717-368-2359

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

_____

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

Ben Siegrist for

**NAME:** BP Real Estate Inv. Grp. L.P.

**ADDRESS:** 1770 Oregon Pk

Lancaster PA 17601

**PHONE (DAY):** 717 669-5075 ~~584-8701~~

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Grp L.P.

The above is precisely how the name(s) are to appear in the deed

U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Rama investments LLC

ADDRESS: 2988 Newport Rd

Ronks PA 17572

PHONE (DAY): 717-587-2516

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Rama investments
The above is precisely how the name(s) are to appear in the deed