# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>vs.<br><br>THOMAS J. ALLIA JR.<br>WENDY J. ALLIA<br><br>                Defendants | CIVIL NO. 16-02920 |

## ORDER

**AND NOW**, this 18TH day of October, 2017, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 205 South Oak Street Ephrata, PA 17522 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:



_____ J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>THOMAS J. ALLIA JR.<br>WENDY J. ALLIA<br><br>　　　　　　　Defendants | CIVIL NO. 16-02920 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser……………………………….. $124,000.00

Amount of cash received……………………………………………….$124,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

　Mileage and Fees………………………………………………….$122.01


DEPARTMENT OF JUSTICE COSTS:
　(To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

　Advertising Cost ………………………………………………….$952.78

TOTAL COSTS TO U.S. GOVERNMENT …………………….$1,074.79

Proceeds of sale, less costs, to Farmer's Home Admin ……………..$122,925.21
　(to be forwarded to US Attorney's office)

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 27615
　　　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　　　　(215) 825-6309