UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff

vs.

THOMAS J. ALLIA JR.
WENDY J. ALLIA

        Defendants

CIVIL NO. 16-02920

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.................................. $124,000.00

Amount of cash received ............................................................$124,000.00

### TO BE DISTRIBUTED AS FOLLOWS:

#### US MARSHAL COSTS:

    Mileage and Fees........................................................................$122.01

#### DEPARTMENT OF JUSTICE COSTS:
    (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

    Advertising Cost .........................................................................$952.78

TOTAL COSTS TO U.S. GOVERNMENT ................................$1,074.79

Proceeds of sale, less costs, to Farmer's Home Admin .................$122,925.21
    (to be forwarded to US Attorney's office)

Respectfully submitted,

KML Law Group, P.C.

By: _____
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309